Joel Held, TX State Bar No. 09389800
  joel.held@bakernet.com
Laura J. O'Rourke, TX State Bar No. 24037219
  laura.j.orourke@bakernet.com
William R. Daugherty, TX State Bar No. 24053170
  william.r.daugherty@bakernet.com
**BAKER & McKENZIE LLP**
2001 Ross Avenue, Ste. 2300
Dallas, TX  75201
Telephone:  +1 214 978 3000
Facsimile:  +1 214 978 3099
Admitted *Pro Hac Vice*

Christopher Van Gundy, CA State Bar No. 152359
  christopher.vangundy@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:   +1 415 576 3099

Attorneys for Plaintiffs TransCoastal Partners, LLC,
Couba Du Large Joint Venture, Stuart G. Hagler,
David J. May, and Wilbur A. Westmoreland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TransCoastal Partners, LLC, a Texas limited liability company,  Couba Du Large Joint Venture, a Texas general partnership, Stuart G. Hagler,  David J. May, and Wilbur A. Westmoreland, <br><br>Plaintiffs, <br><br>v. <br><br>Preston DuFauchard, in his official capacity as California Corporations Commissioner, and California Department of Corporations, <br><br>Defendants. | Case No. 2:07-CV-02737-MCE-KJM <br><br>**ORDER GRANTING RULE 41(a)(2) MOTION TO DISMISS** <br><br>Before:  The Hon. Morrison C. England, Jr. <br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
+1 214 978 3000

DALDMS/638586.1

PROPOSED ORDER GRANTING R. 41(a)(2)  MOTION TO DISMISS
CASE NO. 2:07-CV-02737-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1    THE COURT HAVING CONSIDERED Plaintiffs' Rule 41(a)(2) Motion to Dismiss finds
2  that the Motion should be granted.
3    IT IS, THEREFORE, ORDERED that Plaintiffs' Rule 41(a)(2) Motion to Dismiss is
4  GRANTED, and this case is accordingly dismissed with prejudice to the refiling of same.  The Court
5  also finds that such dismissal is not intended to waive or prejudice Plaintiffs' rights to bring claims
6  in the future, should such claims arise, involving offerings other than the Couba Du Large Joint
7  Venture.
8    The Clerk of the Court is directed to close its file in this matter.
9    IT IS SO ORDERED.
10  DATED: June 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
+1 214 978 3000

2   PROPOSED ORDER GRANTING R. 41(a)(2) MOTION TO DISMISS
CASE NO. 2:07-CV-02737-MCE-KJM

DALDMS/638586.1

PDF created with pdfFactory trial version www.pdffactory.com